No. 69572.—APPEAL 5172.—Gorton's of Gloucester, Inc. *v.* United States.—

—C.D. 2432 reversed June 17, 1965.  C.A.D. 863.

BEFORE THE FIRST DIVISION, OCTOBER 4, 1965

No. 69573.—National Merchandising Corp. and National Carloading Corp. et al. *v.* United States, protests 321680–K, etc. (Los Angeles).

Opinion by OLIVER, J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69574.—Knickerbocker Plastic Co., Inc., et al. *v.* United States, protests 59/25287, etc. (Los Angeles).

Opinion by OLIVER, J.  In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69575.—United China & Glass Co. *v.* United States, protest 64/11091 (Philadelphia).

Opinion by OLIVER, J.  In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.